NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEXTPOINT, INC.,**
*Plaintiff-Appellant*

**v.**

**HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE, HP INC.,**
*Defendants-Appellees*

---

2016-2312

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:15-cv-08550, Senior Judge Elaine E. Bucklo.

---

## JUDGMENT

---

MATTHEW TOPIC, Loevy & Loevy, Chicago, IL, argued for plaintiff-appellant.

BARRY KENNETH SHELTON, Shelton IP Law, PC, Austin, TX, argued for defendants-appellees. Also represented by BRIAN CHRISTOPHER NASH, DAVID NICHOLAS PATARIU, Pillsbury Winthrop Shaw Pittman LLP, Austin, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 14, 2017       /s/ Peter R. Marksteiner
       Date              Peter R. Marksteiner
                          Clerk of Court